UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. 8:20-cv-01002-RGK | Date August 5, 2020 |
| Title In Re: Andrea S. Downs | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**      (IN CHAMBERS)  Order to Show Cause re Dismissal re Lack of Prosecution

The Court, on its own motion, hereby orders appellants to show cause in writing no later than **August 10, 2020** why this action should not be dismissed for lack of prosecution.  Appellants' opening briefs were due July 31, 2020.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be held unless ordered by the Court.  The order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court order may result in the dismissal of the action.

**IT IS SO ORDERED.**