JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Andrea S. Downs, ) | Case No. 8:20-cv-01002-RGK |
| ) | |
| ) | ORDER DISMISSING ACTION FOR |
| ) | LACK OF PROSECUTION |
| ) | |

    On August 5, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10]. Appellant's response to the Order to Show Cause was due by August 10, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

    **IT IS SO ORDERED.**

Dated: August 11, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE